**PIERSON FERDINAND**

**DANIEL M. BRAUDE**
**PARTNER**

1270 Avenue of the Americas
7th Floor – 1050
New York, NY 10020

Direct: 646.386.8369
Mobile: 212.564.2522
Email: Dan.Braude@pierferd.com

July 13, 2026

**VIA ECF**

Hon. Lee G. Dunst, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 830
Central Islip, New York 11722

Re:   *Klinger v. Alcott HR Group LLC* (No. 2:26-cv-03814-GRB-LGD)

      **Unopposed Letter Motion for Extension of Time to Respond to Complaint**

Dear Judge Dunst:

My office represents Defendant Alcott HR Group LLC. in the above-referenced class action lawsuit which arises out of a data security incident experienced by Defendant in 2025.  I submit this letter motion, without opposition from Plaintiff, pursuant to Your Honor's Individual Practice Rule II.E, requesting an extension of Defendant's time to answer, move, or otherwise respond to the Complaint (Dkt. No. 1).

In support of this request, Defendant states as follows:

    **Deadline to be Extended**: Defendant was served with the Summons and Complaint on June 30, 2026. Defendant's current deadline to answer, move, or otherwise respond to the Complaint is July 21, 2026.

    **Reason for Request**: Defendant's counsel learned today from counsel for Plaintiff of the June 30, 2026 service date.  Defendant seeks time to: (a) complete its review of the 52-page Complaint, which asserts putative class claims for negligence, breach of implied contract, breach of third-party beneficiary contract, and unjust enrichment; (b) investigate the underlying factual allegations concerning the underlying data security incident and Defendant's data security practices; and (c) evaluate the manner in which Defendant will respond under Rule 12.  No party will be prejudiced by the requested extension, as this action is in its earliest stages and no other deadlines have been set.

    **Requested Extension**: Defendant respectfully requests that its time to answer, move, or otherwise respond to the Complaint be extended to and including September 4, 2026, which represents a 45-day extension from the current deadline.

    **Consent**: Defendant's counsel conferred with Plaintiff's counsel, and Plaintiff's counsel consents to the requested 45-day extension.

 **PIERSON FERDINAND**

July 13, 2026
Page 2 of 2

**No Prior Requests**: This is the first request for an extension of this deadline.

**Effect on Other Deadlines**: This request does not affect any other Court-ordered deadline or scheduled appearance, as none have yet been set in this action.

The Court's consideration of this request is much appreciated.

Respectfully submitted,

**PIERSON FERDINAND**

Daniel M. Braude

cc:     Leanna A. Loginov, Esq. (via ECF)
        SHAMIS & GENTILE, P.A.
        14 NE 1st Ave, Suite 705
        Miami, FL 33132
        Tel: (305) 479-2299
        lloginov@shamisgentile.com